BENJAMIN D. HARGROVE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX:   (406) 657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JUSTIN PLEASANT KERRY, Defendant. | CR 22-34-BU-DLC-KLD<br><br>INFORMATION<br><br>TREES CUT OR INJURED<br>Title 18 U.S.C. § 1853<br>(Penalty: One year of imprisonment, $100,000 fine, one year of supervised release, $25 special assessment) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

On or about October 12, 2022, at Bozeman, in Gallatin County, in the State and District of Montana, and within the United States Fish and Wildlife Service Bozeman Fish Technology Center property, the defendant, JUSTIN PLEASANT KERRY, wantonly injured and destroyed any tree growing, standing, or being upon

1

any land of the United States that has been reserved or purchased for any public use, in violation of 18 U.S.C. § 1853.

Dated this 17th day of November, 2022.

JESSE A. LASLOVICH
United States Attorney

_____
BENJAMIN D. HARGROVE
Assistant United States Attorney

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney