BENJAMIN D. HARGROVE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX:   (406) 657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 22-34-BU-DLC-KLD |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR SUMMONS |
| JUSTIN PLEASANT KERRY, | (*Rules 9(a) and (b)(2), Federal Rules of Criminal Procedure*) |
| Defendant. | |

The United States of America has filed an information charging the defendant, JUSTIN PLEASANT KERRY, with cutting or injuring trees, in violation of 18 U.S.C. § 1853.

Under Federal Rules of Criminal Procedure Rules 9(a) and (b)(2), the

undersigned filed an affidavit of probable cause supporting the charge alleged in the Information.

The United States moves, based upon the facts contained in the affidavit of probable cause, that the Court make a finding of probable cause and issue a summons for the defendant.

DATED this 17th day of November, 2022.

JESSE A. LASLOVICH
United States Attorney

BENJAMIN D. HARGROVE
Assistant United States Attorney