IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JUSTIN PLEASANT KERRY,** Defendant. | CR 22-34-BU-DLC-KLD ORDER |

Based upon the motion of the United States, a review of the affidavit of probable cause, and for good cause shown, the Court finds that the United States has established probable cause exists to believe that Justin Pleasant Kerry cut or injured trees, in violation of 18 U.S.C. § 1853, as alleged in the Information.

Accordingly, IT IS ORDERED that, pursuant to Rules 9(a) and (b)(2), Federal Rules of Criminal Procedure, the Clerk of Court issue a summons for Justin Pleasant Kerry.

DATED this ___ day of November, 2022.

KATHLEEN L. DESOTO
United States Magistrate Judge