IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN PLEASANT KERRY,<br><br>Defendant. | CR 22–34–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Justin Pleasant Kerry's Unopposed Motion to Proceed Before Magistrate. (Doc. 18.) The motion states that Mr. Kerry consents to proceed before United States Magistrate Judge DeSoto, but he was unable to communicate with his attorney and respond to the Court's deadline to submit his consent to proceed before the magistrate because he is homeless and has limited communication abilities. (*Id.* at 2–3.) The United States consents to proceed before a United States Magistrate Judge. (*Id.* at 3.) Mr. Kerry has submitted his signed written consent to proceed before Judge DeSoto. (Doc. 18-1.)

Accordingly, IT IS ORDERED that the motion (Doc. 18) is GRANTED. This case shall proceed before United States Magistrate Judge Kathleen L. DeSoto. The pretrial conference set before this Court for January 4, 2023 is VACATED.

1

DATED this 23rd day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court